Court, Appellate Division, Second Department. March 21, 1899.) Action by Jay E. Tibbitts against the Westchester Electric Railway Company. No opinion. Judgment affirmed, with costs.

TOPLITZ et al. v. BAUER et al. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Cecilia Toplitz and another against Louis Bauer and others. No opinion. Motion denied, with $10 costs. See 55 N. Y. Supp. 29.

TOPLITZ, Respondent, v. MENDEL, Appellant. (City Court of New York, General Term. April 13, 1899.) Action by Henry L. Toplitz against Adolph Mendel. There was a judgment for plaintiff, and defendant appeals. Affirmed. Louis Levy, for appellant. Joel J. Squier, for respondent.

McCARTHY, J. The answer denies a material allegation of the complaint, thereby raising an apparent issue as to the alleged excess of rent, to wit $6, and to that extent might be held good. But the fact that tender of the principal sum was not properly made nor pleaded so weighs down the slight advantage obtained in this review that we think the order appealed from is right and proper. Order affirmed, with $10 costs and disbursements of appeal.

In re TOWN OF HEMPSTEAD. (Supreme Court, Appellate Division, Second Department. March 10, 1899.) In the matter of the investigation of the financial affairs of the town of Hempstead. No opinion. Counsel for the parties are directed to appear before Mr. Justice HATCH, at chambers, on Wednesday, March 15, 1899, at 3 o'clock p. m., for resettlement of order on decision. See 52 N. Y. Supp. 618, and 55 N. Y. Supp. 345.

In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. February 17, 1899.) In the matter of the Twelfth Ward Park. No opinion. Motion for confirmation of report adjourned to the first Friday of the March term.

In re TWELFTH WARD PARK. In re MULIERI et al. (Supreme Court, Appellate Division, First Department. February 24, 1899.) In the matter of the Twelfth Ward Park and in the matter of Mulieri and others. No opinion. Notice must be given to the widow and to parties who have conveyed. The power of attorney must be exhibited. The petition is signed only by one claimant.

In re TWELFTH WARD PARK. In re MULIERI. (Supreme Court, Appellate Division, First Department. March 24, 1899.) In the matter of Twelfth Ward Park and in the matter of Mulieri. No opinion. Motion denied.

In re TWELFTH WARD PARK. In re DELLAGLIO et al. (Supreme Court, Appellate Division, First Department. March 17, 1899.) In the matter of Twelfth Ward Park, and in the matter of Dellaglio and others. No opinion. Motion to confirm report granted. Evidence of appointment of guardian and of security given must be furnished before entry of order. See 55 N. Y. Supp. 1150.

TWIST, Respondent, v. CITY OF ROCHESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Charles Twist, as administrator, against the city of Rochester, impleaded, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 55 N. Y. Supp. 850.

In re VAN HOUTEN. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) In the matter of the judicial settlement of the accounts of Erastus Van Houten, as executor of Edward G. Van Houten, deceased. No opinion. Motion to dismiss appeal granted, without costs. See 46 N. Y. Supp. 190.

In re VAN HOUTEN. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) In the matter of the judicial settlement of the accounts of Erastus Van Houten, as executor of the last will and testament of Edward G. Van Houten, deceased. No opinion. Motion to vacate order to dismiss appeal denied, with $10 costs. See 46 N. Y. Supp. 190.

VAN NAME, Respondent, v. VAN NAME, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Jacob Van Name against William H. Van Name, Peter Van Name, administrator, etc. No opinion. Motion for reargument denied. See 53 N. Y. Supp. 1117, 56 N. Y. Supp. 659.

VOLKMAN v. THIRD AVE. R. CO. (City Court of New York, General Term. March 29, 1899.) Action by Henry G. Volkman against the Third Avenue Railroad Company. From a judgment for plaintiff, defendant appeals. Affirmed. Hoadley, Lauterbach & Johnson, for appellant. E. R. Leavitt, for respondent.

PER CURIAM. Upon plaintiff's testimony, the trial justice was right in submitting to the jury the question of defendant's negligence and plaintiff's alleged contributory negligence. We see no reason for reversing their finding in plaintiff's favor. Judgment affirmed, with costs.

WALDRUF, Appellant, v. TREMPER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Esta Waldruf against James M. Tremper, No opinion. Order affirmed, with $10 costs and disbursements.

WALKER v. EDWARD THOMPSON CO. (Supreme Court, Appellate Division, First Department. April 14, 1899.) Action by Gertrude Walker against the Edward Thompson Company. No opinion. Motion denied, with $10 costs.

WALLACE v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Depart-